## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FITE TECHNOLOGIES LLC, | § | Case No. |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| BYTEDANCE LTD., BYTEDANCE PTE. | § | |
| LTD., AND TIKTOK PTE. LTD., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff FITE Technologies LLC ("FITE" or "Plaintiff") for its Complaint for patent infringement under 35 U.S.C. § 271 against Defendants ByteDance Ltd., ByteDance Pte. Ltd., and TikTok Pte. Ltd. (collectively, "Defendants"), alleges as follows:

## THE PARTIES

1.      FITE is a limited liability company, organized and existing under the laws of the State of Texas, with its principal places of business located at 104 E. Houston Street, Marshall, TX 75670.

2.      Upon information and belief, Defendant ByteDance Ltd. is a Chinese corporation headquartered in Beijing, China and legally domiciled in the Cayman Islands. ByteDance Ltd. has regular and established places of business at Room 503 5F, Building 2, No. 43, North Third Ring West Road, Beijing, 100086 China and Room 10A, Building 2, No. 48, Zhichun Road, Haidian District Beijing, Beijing, 100089 China. ByteDance Ltd. has a legal address in the Cayman Islands located at Vistra (Cayman) Limited, P.O. Box 31119, Grand Pavilion, Hibiscus Way, 802 West Bay Road, Grand Cayman, George Town, KY1-1205, KY. ByteDance Ltd. may be served with process

in accordance with the Hague Convention.

3.      Defendant ByteDance Pte. Ltd. is a Singapore Corporation, having its principal place of business at 1, Raffles Quay, #26-10, Singapore, 048583, and/or 8 Marina View Level 43, Asia Square Tower 1, Singapore, 018960.

4.      Defendant TikTok Pte. Ltd. is a Singapore Corporation, having its principal place of business at 8 Marina View, Level 43, Asia Square Tower 1, Singapore, 018960 and/or 1, Raffles Quay, #26-10, Singapore, 048583.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      This Court has personal jurisdiction over Defendants. Defendants conduct business and have committed acts of patent infringement and/or have induced acts of patent infringement by others in this Judicial District, the State of Texas, and elsewhere in the United States.

7.      Defendants are subject to this Court's jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to their substantial business in this State and District, including (a) at least part of their past infringing activities, (b) regularly doing or soliciting business in Texas, and/or (c) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas. Upon information and belief, Defendants, directly and indirectly, participate in the stream of commerce that results in products, including the accused products, being made, used, offered for sale, and/or sold in the State of Texas and/or imported into the United States to the State of Texas.

8.      ByteDance Ltd. is the owner of the TikTok application—a video-focused social networking service. On information and belief, ByteDance Ltd. is in the business of providing TikTok video-sharing services in this District through the TikTok application, and offers products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas and in this District. On information and belief, ByteDance Ltd. distributes products directly to customers and through its partners and/or intermediaries, some of which are located in the State of Texas. ByteDance Pte. Ltd. and TikTok Pte. Ltd. are in the business of selling the TikTok application in the United States, Texas, and this District. On information and belief, Defendants derive significant financial benefits through their business in Texas and in this District.



https://play.google.com/store/apps/details?id=com.zhiliaoapp.musically&hl=en_US&gl=US



https://apps.apple.com/us/app/tiktok/id835599320





https://www.amazon.com/dp/B0117U0G3M/



https://apps.microsoft.com/store/detail/tiktok/9NH2GPH4JZS4?hl=en-us&gl=us

9.      On information and belief, ByteDance Ltd., ByteDance Pte. Ltd. and TikTok Pte. Ltd. have committed acts within this District that give rise to this action and have established minimum contacts with this forum, such that the exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice. Defendants have committed and continue to commit acts of infringement in this District by, among other things, providing their products and/or services that infringe the asserted patents.

10.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b) and 1391(c) because, among other things, Defendants are subject to personal jurisdiction in this Judicial District, Defendants have regularly conducted business in this Judicial District, certain of the acts complained of herein occurred in this Judicial District, and Defendants are not a resident in the United States and may be sued in any judicial district.

## PATENTS-IN-SUIT

11.     On November 17, 2020, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,841,462 (the "'462 Patent") entitled "Wireless Networked

Record Session Device". A true and correct copy of the '462 Patent is available at: https://patentimages.storage.googleapis.com/a5/e4/a9/bafc7aff30ae57/US10841462.pdf.

12.    On December 28, 2021, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,212,426 (the "'426 Patent") entitled "Wireless Networked Record Session Device." A true and correct copy of the '426 Patent is available at: https://patentimages.storage.googleapis.com/06/8b/5f/a1bac90e5cdd2f/US11212426.pdf.

13.    On October 17, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,792,350 (the "'350 Patent") entitled "Wireless Networked Record Session Device." A true and correct copy of the '350 Patent is available at: https://patentimages.storage.googleapis.com/49/26/c6/3c0f4d53a0a2e8/US11792350.pdf.

14.    On July 2, 2024, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,028,640 (the "'640 Patent") entitled "Wireless Networked Record Session Device." A true and correct copy of the '640 Patent is available at: https://patentimages.storage.googleapis.com/d4/16/06/ef665626f0e085/US12028640.pdf.

15.    FITE is the sole and exclusive owner of all right, title, and interest to and in the '462 Patent, '426 Patent, '350 Patent, and '640 Patent (together, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. FITE also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

## INFRINGEMENT ALLEGATIONS

16.    The Patents-in-Suit generally relate to video recording and a social entertainment user interface/device operating on a wireless networked record session device capable of

producing a live video and/or audio stream with video and audio filters.  The technology described in the Patents-in-Suit was developed by inventors William Bollman and Kevin Carrico.  For example, the technology of the Patents-in-Suit is implemented in Defendants' TikTok application (the "Accused Product" or "TikTok App").

17.    FITE has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit.  On information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

18.    Defendants have infringed and are continuing to infringe the Patents-in-Suit by one or more of making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Product, which are used or tested by Defendants and their direct or indirect customers or end-users in the United States.

<u>COUNT I</u>
**(Infringement of the '462 Patent)**

19.    Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

20.    FITE has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '462 Patent.

21.    Defendants have and continue to directly infringe the '462 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '462 Patent.  On information and belief, these products include at least the Accused Product.  The Accused Product includes at least all versions and variants of the TikTok app.

22.    For example, Defendants have and continue to directly infringe at least claim 1 of the '462 Patent by making, using, offering to sell, selling, and/or importing into the United States

products that comprise a wireless networked record session device, comprising: a wireless device operating a user interface to generate social entertainment media for arranged play in one of a plurality of video channels each identified by a hashtag, the user interface being configured to: cause push of a notification to a plurality of other wireless devices monitoring a video channel identified by a particular predefined hashtag to announce a pending live recording from the user interface of the wireless device; allow purchase of coins by the wireless device for payment to be disbursed at least in part to another wireless device user; intermittently operate a camera on the wireless device to stop-and-start record a live record session for a fixed maximum length of time of no more than 65 seconds; and associate the recorded live record session for arranged play within the video channel identified by the particular predefined hashtag for playing in arranged sequence with record sessions of other wireless devices all within the video channel identified by the particular predefined hashtag; wherein said live record session recorded on the wireless device is played in the arranged sequence with record sessions of other wireless devices on each other wireless device set to watch video or audio of the video channel identified by the particular predefined hashtag.

23.     The Accused Product comprises a wireless networked record session device.  For example, the TikTok App is a record session application that can be downloaded to a wireless device via a mobile application marketplace, such as the Apple App Store and the Google Play Store.





---

[1] https://support.tiktok.com/en/getting-started/creating-an-account/creating-an-account
[2] https://apps.apple.com/us/app/tiktok/id835599320
[3] https://play.google.com/store/apps/details?id=com.zhiliaoapp.musically&hl=en_US&gl=US


24.     The Accused Product comprises the claimed wireless operating a user interface to generate social entertainment media for arranged play in one of a plurality of video channels each identified by a hashtag.  For example, the TikTok App provides the social entertainment user interface operated on a wireless device capable of generating short-form mobile video content as social entertainment media arranged for play.  The TikTok App's social entertainment media operated on a wireless device can be played in an arranged sequence in video channels defined by hashtags.  Moreover, TikTok App's social entertainment media is arranged in a sequence within each video channel defined by a hashtag.

> # Our Mission
>
> TikTok is the leading destination for short-form mobile video. Our mission is to inspire creativity and bring joy.
>
> [4]

> **Hashtags**
>
> To share a hashtag:
>
> 1. In the TikTok app, go to the hashtag by tapping the hashtag in the description of a video or enter what you're looking for in the search bar at the top.
> 2. Tap the **Share** button at the top.
> 3. Choose how you'd like to share the hashtag.
>
> [5]

---

[4] https://www.tiktok.com/about?lang=en
[5] https://support.tiktok.com/en/using-tiktok/exploring-videos/sharing





25.     The Accused Product comprises the claimed user interface being configured to: cause push of a notification to a plurality of other wireless devices monitoring a video channel identified by a particular predefined hashtag to announce a pending live recording from the user

---

interface of the wireless device.  For example, the TikTok App can cause a push notification to a plurality of its user's devices monitoring a given video channel identified by a particular predefined hashtags to announce the pending play of a live recorded video from the user interface of the social media creator's wireless device.  Users can use the TikTok App user interface to customize push notifications they wish to receive, including to announce a pending play of a recording from the user interface of a social entertainment creator's wireless device.  The TikTok App user interface allows a user to enable receipt of push notifications for TikTok videos "from accounts you follow," and then the TikTok App will notify a user every time a creator causes push of the notification be crating a new video.







[8] Source: testing on TikTok App

**How to manage push notifications**

To turn push notifications on or off:
1. In the TikTok app, tap **Profile** at the bottom.
2. Tap the **Menu** ☰ button at the top.
3. Tap **Settings and privacy**.
4. Tap **Notifications**.
5. Select the notifications you'd like to receive.

Note: You can also change your notifications from your device settings.

[9]

Once the general TikTok notifications are granted and enabled, the actual process of setting up notifications for specific TikTok accounts is fairly easy. Users will need to go to the account they are interested in keeping up to date with and make sure to follow them. Next, in TikTok push notifications settings, enable notifications for *'Videos from accounts you follow.'* To stay up to date with new TikTok Lives, tap on *'LIVE Notification Settings'* and make sure *'Get LIVE notifications from accounts you follow'* has been enabled. The app should now send a notification every time a favorite TikTok content creator has uploaded a new video or starts a live stream.

[10]

26.    The Accused Product comprises a user interface configured to: allow purchase of coins by the wireless device for payment to be disbursed at least in part to another wireless device. For example, the TikTok App allows its users to purchase virtual coins on their respective wireless devices to be used to acquire virtual gifts to be distributed to other TikTok users on other wireless devices.  Defendants instruct theirTikTok App users how to use their user interface to purchase virtual coins on their respective wireless devices to be used to acquire virtual gifts to be distributed to other TikTok users on other wireless devices.

---

[9] https://support.tiktok.com/en/using-tiktok/messaging-andnotifications/ Notifications

[10] https://screenrant.com/tiktok-enable-android-ios-app-notifications-explained/





[11]

---

> **What are Gifts on TikTok?**
>
> Gifts are virtual items you can send to show your appreciation for your favorite creators on TikTok. You can send Gifts to videos on the For You feed and LIVE videos.
>
> Note: You must be 18 years old or older (or 19 in South Korea) to send Gifts.
>
> **How Gifts work on TikTok**
>
> To send a Gift, you'll need to purchase Coins. When you send a Gift, the value in Coins of this Gift will be deducted from your account balance. The cost of a Gift will depend on the individual Gift. The number of Coins needed will be displayed below each Gift so keep this in mind before you send a Gift.
>
> Learn more about how to send a Gift to a TikTok video and how to send a Gift during a LIVE on TikTok.
>
> [12]

Defendants instruct TikTok App users how to use their user interface to purchase virtual coins on their respective wireless devices to be used to acquire virtual gifts to be distributed to other TikTok users on other wireless devices.

> **How to purchase Coins on TikTok**
>
> You can purchase or recharge Coins through the App Store or Google Play. You can manage Coins purchase settings directly through the respective app stores or the TikTok website.
>
> Note: Gifts and Coins are currently not available everywhere.
>
> To recharge Coins from your TikTok account:
> 1. In the TikTok app, tap **Profile** at the bottom.
> 2. Tap **Settings and privacy**, then tap **Balance**.
> 3. Tap **Recharge** and choose the Coins package that you'd like to purchase.
> 4. Follow the instructions provided to complete the purchase through the applicable app store.
>
> To recharge Coins from a TikTok video:
> 1. In the TikTok app, tap the **Comments** button on a video.
> 2. Tap the **Gifts** button in the comment bar. If you don't see Gifts, then the creator can't receive Gifts at this time.
> 3. Tap **Recharge** and choose the Coins package that you'd like to purchase.
> 4. Follow the instructions provided to complete the purchase through the applicable app store.
>
> [13]

Users of the TikTok App who are aged 18 years or older may purchase virtual coins on their respective wireless devices using authorized payment method and through payment providers

---

[12] https://support.tiktok.com/en/live-gifts-wallet/gifts/gifts; *see also* https://www.tiktok.com/legal/page/row/virtual-items/en

[13] https://support.tiktok.com/en/live-gifts-wallet/gifts/gifts; *see also* https://www.tiktok.com/legal/page/row/virtual-items/e

made available and authorized by the TikTok App.

> **COINS**
>
> **Who can buy Coins?**
>
> • Users of our Services who are **aged 18 (or age of majority in your jurisdiction) or older** may purchase virtual "coins" (**"Coins"**) from us using authorised payment methods and through payment providers made available and authorized by us.
>
> **Purchasing Coins**
>
> • The price of the Coins will be displayed at the point of purchase. All charges and payments for Coins will be made in the currency specified at the point of purchase through the relevant payment mechanism. Currency exchange settlements, foreign transaction fees and payment channel fees, if any, are based on your agreement with the applicable payment provider.
>
> • You will be responsible for the payment of any Coins purchased by you. Once your purchase has been completed, your user account will be credited with Coins.
>
> • If you wish to make changes to your purchase, please contact us at the email address set out below. We will let you know if this change is possible. Please note that changes may impact price as well as other aspects of your purchase. If you live in the European Union, you have certain rights to withdraw from a purchase under the Consumer Rights Directive and its implementing legislation. However, if you purchase Coins, you acknowledge and agree that we start supplying the Coins to you as soon as the purchase is complete and therefore, your right to cancel or withdraw from the agreement to purchase is lost at this point. [14]

Coins can be purchased on one wireless device to acquire and send virtual gifts to be distributed to other TikTok App users on other wireless devices.  Defendants instruct TikTok App users how to use their user interface to distribute virtual gifts to other TikTok users.

> **How you can use Coins**
>
> • Coins can be used to purchase Virtual Gifts.  Coins cannot be exchanged for cash, or legal tender, or currency of any state, region, or any political entity, or any other form of credit.
>
> • Coins can only be used on our Platform and as part of our Services, and cannot be combined or used in conjunction with other promotions, coupons, discounts or special offers, except those designated by us.
>
> • No Coins may be assigned or transferred to any other user of the Services or third party except as expressly permitted by us in writing. The sale, barter, assignment or other disposal of any Coins, other than by us, is expressly prohibited.
>
> • Accrued Coins do not constitute property and are not transferable: (a) upon death; (b) as part of a domestic relations matter; or (c) otherwise by operation of law.
>
> • Any Coins assigned, sold, or otherwise transferred without the express written consent of us are void. Any user of the Services who violates this restriction may have his or her account terminated us, forfeit Coins from his or her account, and/or be subject to liability for damages and litigation and transaction costs.
>
> • All Coins of a user will expire automatically upon termination of the user's account for any reason.
>
> • You agree that we have the absolute right to manage, regulate, control, modify and/or eliminate such Coins, where we have a valid reason to do so, in any general or specific case, and that we will have no liability to you based on its exercise of such right. If we decided to eliminate Coins from our services completely, we will do so by providing reasonable notice to you.

---

[14] https://www.tiktok.com/legal/page/row/virtual-items/en

**Who can buy Gifts?**

- User of our Services who is **aged 18 (or age of majority in your jurisdiction) or older** may purchase virtual gifts ("**Gifts**") by exchanging Coins for Gifts.

15

**How to send a Gift to a video on TikTok**

1. In the TikTok app, tap the **Comments** button on a video.
2. Tap the **Gift** button next to **Add comment**. If you don't see Gifts, then the video is ineligible to receive Gifts at this time.
3. Choose the Gift you'd like to send.
4. If you need to purchase more Coins, tap **Recharge** and follow the instructions provided to complete payment.
5. Write a comment and tap **Send**.

16

**Video Gifts**

Get ready to feel the love from your viewers with Video Gifts! When you're eligible, you'll receive notifications on your activity page whenever a viewer sends you a gift. It's a fantastic way to get rewarded for all your hard work and engagement.

17

**About Video Gifts on TikTok**

Video Gifts are a way your viewers can react and show their appreciation for your content. Turning on Video Gifts is one way you can collect Diamonds for the popularity of your videos on TikTok.

18

27.    The Accused Product comprises the claimed user interface configured to: intermittently operate a camera on the wireless device to stop-and-start record a live record session for a fixed maximum length of time of no more than 65 seconds.  For example, the TikTok App provides the user interface for their users to intermittently operate a camera on a wireless device to start and stop record a live record session.  The record button is pressed once to begin recording,

---

[15] https://www.tiktok.com/legal/page/row/virtual-items/en
[16] https://support.tiktok.com/en/live-gifts-wallet/gifts/send-a-gift-to-a-tiktokvideo; *see also* https://www.tiktok.com/legal/page/row/virtual-items/en
[17] https://www.tiktok.com/creator-academy/en/article/monetization-offeringsoverview
[18] https://support.tiktok.com/en/business-and-creator/video-gifts-ontiktok/ video-gifts-on-tiktok; *see also* https://www.tiktok.com/legal/page/row/virtual-items/en

pressed again to pause recording, pressed again to resume recording, until the maximum recording time of 15 seconds or 60 seconds is reached.





[19]

---

[19] Source: testing on TikTok App

The TikTok App provides the user interface for their users to intermittently operate a camera on a wireless device to start and stop record a live record session for a fixed maximum recorded length of time that can be no more than 60 seconds.

**Video length**

Your videos on TikTok can be different lengths:
- Videos you create on TikTok can be up to 60 seconds long.
- Videos you upload can be up to 3 minutes long.

For videos recorded in your TikTok app:
1. Tap the ⊕ at the bottom.
2. Choose **15s** or **60s** at the bottom.
   - If you choose **15s**, your video will automatically stop recording after 15 seconds.
   - If you choose **60s**, you can stop recording at any time, or your video will automatically stop recording after 60 seconds.
3. Tap the red button to start and stop recording, then tap the checkmark.
4. Tap **Adjust clips** in the top right.
5. Slide the red bar left or right to set the length of time needed for your video.
Note: If you select a sound before you record or upload your video, the video length will be determined by the sound length.

[20]

28.     The Accused Product comprises the claimed user interface configured to: associate the recorded live record session for arranged play within the video channel identified by the particular predefined hashtag for playing in arranged sequence with record sessions of other wireless devices all within the video channel identified by the particular predefined hashtag.  For example, a recorded session in the TikTok App is arranged for play within the video channel identified by a particular predefined hashtag for playing in an arranged sequence with other TikTok App recorded sessions from other users on other wireless devices within the video channel identified by the particular predefined hashtag.

---

[20] https://support.tiktok.com/en/using-tiktok/creating-videos/camera-tools

How to search on TikTok

To search users, videos, sounds, LIVEs, and hashtags:
1. Tap the **search icon** in the top right of your screen.
2. Enter what you're looking for in the search bar and tap **Search**. Be as specific as possible. For example, you can type the name of the content or the username of a creator.
3. The most relevant results will show in the **Top** tab.
4. Explore the other search tabs—Users, Videos, Sounds, LIVE, and Hashtags—for related content. Note: The hashtag page displays the videos that started the trend first, and then other popular videos relevant to the trending hashtag.

[21]

29.    The Accused Product comprises the claimed user interface configured to: associate the recorded live record session for arranged play within the video channel identified by the particular predefined hashtag for playing in arranged sequence with record sessions of other wireless devices all within the video channel identified by the particular predefined hashtag; wherein said live record session recorded on the wireless device is played in the arranged sequence with record sessions of other wireless devices on each other wireless device set to watch video or audio of the video channel identified by the particular predefined hashtag.  For example, a recorded session in the TikTok App will be played in an arranged sequence with other recorded sessions on the TikTok App from other wireless devices showing the video or playing the audio relevant to the video channel identified by the particular predefined hashtag.

---

[21] https://support.tiktok.com/en/search?searchTerm=hashtags

**How to search on TikTok**

To search users, videos, sounds, LIVEs, and hashtags:
1. Tap the **search icon** in the top right of your screen.
2. Enter what you're looking for in the search bar and tap **Search**. Be as specific as possible. For example, you can type the name of the content or the username of a creator.
3. The most relevant results will show in the **Top** tab.
4. Explore the other search tabs—Users, Videos, Sounds, LIVE, and Hashtags—for related content. Note: The hashtag page displays the videos that started the trend first, and then other popular videos relevant to the trending hashtag.[22]

30.     Defendants have and continue to indirectly infringe one or more claims of the '462 Patent by knowingly and intentionally inducing others, including Defendants' customers and end-users of the Accused Product and products that include the Accused Product, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as the TikTok App.

31.     Defendants, with knowledge that these products, or the use thereof, infringe the '462 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '462 Patent by providing these products to customers, end-users, and distributors for use in an infringing manner in the United States including, but not limited to, products that include infringing technology, such as the TikTok App.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the Patent-in-Suits at least as early as the issuance

---

[22] https://support.tiktok.com/en/search?searchTerm=hashtags

of the Patent-in-Suits.

32.     Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '462 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[23]  As a result of Defendants' inducement, Defendants' customers and end-users use the Accused Product in a way Defendants intend and directly infringe the '462 Patent.  Defendants perform these affirmative acts with knowledge of the '462 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '462 Patent.

33.     Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '462 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Product in this District and elsewhere in the United States and causing the Accused Product to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Product, such that the '462 Patent is directly infringed by others.  The accused components within the Accused Product are material to the invention of the '462 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially

---

[23] *See, e.g.,* https://www.tiktok.com/safety/en-gb/new-user-guide/; https://support.tiktok.com/en. *See also* all other proofs referenced herein.

made or adapted for use in the infringement of the '462 Patent. Defendants perform these affirmative acts with knowledge of the '462 Patent and with intent, or willful blindness, that they cause the direct infringement of the '462 Patent.

34.     FITE has suffered damages as a result of Defendants' direct and indirect infringement of the '462 Patent in an amount to be proved at trial.

35.     FITE has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '462 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court. Accordingly, FITE seeks a preliminary and permanent injunction enjoining Defendants from making, using, importing, offering to sell, and/or selling the Accused Product, including at least all versions and variants of the TikTok App.

## COUNT II
### (Infringement of the '426 Patent)

36.     Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

37.     FITE has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '426 Patent.

38.     Defendants have and continue to directly infringe the '426 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '426 Patent. On information and belief, these products include at least the Accused Product. The Accused Product includes at least all versions and variants of the TikTok App.

39.     For example, Defendants have and continue to directly infringe at least claim 1 of the '426 Patent by making, using, offering to sell, selling, and/or importing into the United States products that a social entertainment user interface operating on a wireless device, the social

entertainment user interface being operable to generate social entertainment media for play in arranged sequence in at least one video channel identified by a particular hashtag, the social entertainment user interface being configured to: cause push of a notification to at least one of a plurality of other wireless devices operating respective other social entertainment user interfaces to announce a pending recording from the social entertainment user interface of the wireless device; allow purchase of coins using the social entertainment user interface for payment to be disbursed at least in part to a user of one of the plurality of other wireless devices; intermittently operate a camera on the wireless device to stop-and-start record a live record session for a fixed maximum recorded length of time of no more than 65 seconds; present a plurality of possible video filters, an image from a camera of the wireless device being presented for each of the plurality of possible video filters; and provide an option to apply at least a selected one of the plurality of possible video filters to the recorded live record session to provide a given video effect on the recorded live record session, wherein the coins are payable to an account associated with one of the plurality of other wireless devices as remuneration for creating their own record session in a respective social entertainment user interface operating on one of the plurality of other wireless devices, the coins may be purchased in bulk using the social entertainment user interface, and immediately upon startup of the social entertainment user interface on the wireless device a record session by one of the plurality of other wireless devices is played, and the live record session recorded on the wireless device is provided for play in the arranged sequence with record sessions of any of the plurality of other wireless devices, queued one after another.

40.    The Accused Product comprises the claimed social entertainment user interface operating on a wireless device, the social entertainment user interface being operable to generate social entertainment media for play in arranged sequence in at least one video channel identified

by a particular hashtag, the social entertainment user interface.  For example, the TikTok App features a non-transitory social entertainment program that can be downloaded to a wireless device from mobile app marketplaces like the Apple App Store and Google Play Store.  It provides a user interface on a wireless device, allowing users to create and view short-form video content as social entertainment media. TikTok's media is organized in a sequence within video channels categorized by hashtags (e.g., #PetsOfTikTok), offering an engaging experience in social entertainment.



[24]

---

[24] https://support.tiktok.com/en/getting-started/creating-an-account



41.   The Accused Product comprises the claimed social entertainment user interface, configured to: cause push of a notification to at least one of a plurality of other wireless devices operating respective other social entertainment user interfaces to announce a pending recording from the social entertainment user interface of the wireless device.  For example, the TikTok App can send push notifications to multiple user devices to announce an upcoming live video from a creator's device.  Users can customize these notifications through the app's interface, choosing to receive alerts for live videos from specific creators they follow.  When enabled, TikTok will notify users each time a followed creator goes live.

---

[25] https://apps.apple.com/us/app/tiktok/id835599320







The TikTok App user interface allows a user to enable receipt of push notifications for TikTok videos "from accounts you follow," and then the TikTok App will notify a user every time a creator causes push of the notification by going live.

---

[26] https://www.youtube.com/watch?v=aYv3y53jInQ&ab_channel=ZiktheProgrammingGuy

## Notifications

### Jump to a section

How to filter inbox notifications • How to turn push notifications on or off • How to mute push notifications

You'll receive notifications to your inbox when you have new messages, activities, followers, and more. Push notifications are sent to your device when you're not using the TikTok app. These can include notifications of likes, comments, video suggestions, and more.

[27]

Notifications can become annoying when too many are activated at the same time. However, when it comes to the apps that are most frequently accessed, enabling push notifications is a great way to keep up with everything that's happening in the app. What's more, the TikTok apps available on Android and iPhone allow users to customize the notification experience to ensure that users only receive the notifications they care about.

Once the general TikTok notifications are granted and enabled, the actual process of setting up notifications for specific TikTok accounts is fairly easy. Users will need to go to the account they are interested in keeping up to date with and make sure to follow them. Next, in TikTok push notifications settings, enable notifications for 'Videos from accounts you follow.' To stay up to date with new TikTok Lives, tap on 'LIVE Notification Settings' and make sure 'Get LIVE notifications from accounts you follow' has been enabled. The app should now send a notification every time a favorite TikTok content creator has uploaded a new video or starts a live stream.

[28]

42.    The Accused Product comprises the claimed social entertainment user interface, configured to: allow purchase of coins using the social entertainment user interface for payment to be disbursed at least in part to a user of one of the plurality of other wireless devices.  For example, the TikTok App offers an in-app feature allowing users 18 years or older to buy virtual coins on their wireless devices through approved payment providers. These coins can then be used

---

[27] https://support.tiktok.com/en/using-tiktok/messaging-and-notifications/notifications
[28] https://screenrant.com/tiktok-enable-android-ios-app-notifications-explained/

to acquire virtual gifts, which can be sent to other TikTok users on the platform. TikTok's interface guides users on how to complete the purchase of coins and the distribution of virtual gifts to others across devices, facilitating a seamless experience for both buying and gifting. This setup enables users to support and engage with others through virtual gifting, enhancing the interactive community experience.



[29]

## How Gifts work on TikTok

To send a Gift, you'll need to purchase Coins. When you send a Gift, the value in Coins of this Gift will be deducted from your account balance. The cost of a Gift will depend on the individual Gift. The number of Coins needed will be displayed below each Gift so keep this in mind before you send a Gift.

Learn more about how to send a Gift to a TikTok video and how to send a Gift during a LIVE on TikTok.

[30]

## How to send a Gift to a video on TikTok

1. In the TikTok app, tap the Comments button on a video.
2. Tap the Gift button next to Add comment. If you don't see Gifts, then the video is ineligible to receive Gifts at this time.
3. Choose the Gift you'd like to send.
4. If you need to purchase more Coins, tap Recharge and follow the instructions provided to complete payment.
5. Write a comment and tap Send.

[31]

## Who can buy Coins?

- Users of our Services who are **aged 18 (or age of majority in your jurisdiction) or older** may purchase virtual "coins" ("**Coins**") from us using authorised payment methods and through payment providers made available and authorized by us.

## Purchasing Coins

- The price of the Coins will be displayed at the point of purchase. All charges and payments for Coins will be made in the currency specified at the point of purchase through the relevant payment mechanism. Currency exchange settlements, foreign transaction fees and payment channel fees, if any, are based on your agreement with the applicable payment provider.

- You will be responsible for the payment of any Coins purchased by you. Once your purchase has been completed, your user account will be credited with Coins.

- If you wish to make changes to your purchase, please contact us at the email address set out below. We will let you know if this change is possible. Please note that changes may impact price as well as other aspects of your purchase. If you live in the European Union, you have certain rights to withdraw from a purchase under the Consumer Rights Directive and its implementing legislation. However, if you purchase Coins, you acknowledge and agree that we start supplying the Coins to you as soon as the purchase is complete and therefore, your right to cancel or withdraw from the agreement to purchase is lost at this point.

---

[30] https://support.tiktok.com/en/live-gifts-wallet/gifts/gifts
[31] https://support.tiktok.com/en/live-gifts-wallet/gifts/send-a-gift-to-a-tiktok-video

**How you can use Coins**

- Coins can be used to purchase Virtual Gifts. Coins cannot be exchanged for cash, or legal tender, or currency of any state, region, or any political entity, or any other form of credit.

- Coins can only be used on our Platform and as part of our Services, and cannot be combined or used in conjunction with other promotions, coupons, discounts or special offers, except those designated by us.

- No Coins may be assigned or transferred to any other user of the Services or third party except as expressly permitted by us in writing. The sale, barter, assignment or other disposal of any Coins, other than by us, is expressly prohibited.

- Accrued Coins do not constitute property and are not transferable: (a) upon death; (b) as part of a domestic relations matter; or (c) otherwise by operation of law.

- Any Coins assigned, sold, or otherwise transferred without the express written consent of us are void. Any user of the Services who violates this restriction may have his or her account terminated us, forfeit Coins from his or her account, and/or be subject to liability for damages and litigation and transaction costs.

- All Coins of a user will expire automatically upon termination of the user's account for any reason.

- You agree that we have the absolute right to manage, regulate, control, modify and/or eliminate such Coins, where we have a valid reason to do so, in any general or specific case, and that we will have no liability to you based on its exercise of such right. If we decided to eliminate Coins from our services completely, we will do so by providing reasonable notice to you.

[32]

**About Video Gifts on TikTok**

Video Gifts are a way your viewers can react and show their appreciation for your content. Turning on Video Gifts is one way you can collect Diamonds for the popularity of your videos on TikTok.

[33]

# Video Gifts

Get ready to feel the love from your viewers with Video Gifts! When you're eligible, you'll receive notifications on your activity page whenever a viewer sends you a gift. It's a fantastic way to get rewarded for all your hard work and engagement.

[34]

---

[32] https://www.tiktok.com/legal/page/row/virtual-items/en

[33] https://support.tiktok.com/en/business-and-creator/video-gifts-on-tiktok/video-gifts-on-tiktok

[34] https://www.tiktok.com/creator-academy/en/article/monetization-offerings-overview

**Who can buy Gifts?**

- User of our Services who is **aged 18 (or age of majority in your jurisdiction) or older** may purchase virtual gifts (**"Gifts"**) by exchanging Coins for Gifts. [35]

43.     The Accused Product comprises the claimed social entertainment user interface, configured to: intermittently operate a camera on the wireless device to stop-and-start record a live record session for a fixed maximum recorded length of time of no more than 65 seconds.  The TikTok App offers a user interface that allows users to control a camera on a wireless social entertainment device for recording live sessions with start-and-stop functionality. By pressing the record button once, users can initiate recording, press again to pause, and press once more to resume, continuing this process as needed until they reach a maximum recording duration of 15 or 60 seconds.  The recording session is limited to a fixed maximum time that can be no more than 60 seconds, providing a structured and user-friendly experience for creating short video content.



---

[35] https://support.tiktok.com/en/live-gifts-wallet/gifts/gifts



<sup>36</sup>

**Video length**

You can create videos of different lengths:
- Videos you record in TikTok can be up to 10 minutes long.
- Videos you upload in TikTok can be up to 60 minutes long.

For videos recorded in the TikTok app:
1. Tap the **Add post** + button at the bottom.
2. Select a length for your video.
3. Tap the **Record** button to start and stop recording or your video will automatically stop recording when you reach the selected time limit. Tap the **Continue** ✓ button to edit your video.

Note: If you select a sound before you record or upload your video, the video length will be determined by the sound length.

[37]

    44.    The Accused Product comprises the claimed social entertainment user interface, configured to: present a plurality of possible video filters, an image from a camera of the wireless device being presented for each of the plurality of possible video filters. For example, the TikTok App teaches its users how to utilize the TikTok App on the social entertainment device to transform

---

[36] https://www.youtube.com/watch?v=oJsyroj6wHE
[37] https://support.tiktok.com/en/using-tiktok/creating-videos/camera-tools

an image from the camera of the social entertainment device for display as a selectable video filter or other selectable video effect.

 



Filters

**Filters**

To add a filter to your video:

1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Filters** on the side panel.
3. Select a filter you'd like to use. You can add a filter before and after recording or uploading your video.
4. Adjust the slider above the filters panel to preview different filter strengths.
5. Tap anywhere to return to the camera screen and record with the filter.

Select **Management** from the filters panel to choose which filters you'd like to see appear in the app.

---

[38] https://www.flexclip.com/learn/tiktok-filters.html

## Effects

Effects are used to customize and add details to TikTok videos. Effects can be added before or after you record a video, but some are only available before recording and others are only available after.

For more editing options, go to our article on enhanced editing tools on TikTok .

To record with an effect:
1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Effects** at the bottom of the camera screen.
3. Select an effect to preview. It'll automatically be applied to your screen.
4. Tap anywhere to return to the camera screen and record with the effect.

You can also add effects to your Favorites to find them later.

To add an effect to your Favorites:
1. After tapping the **Add Post +** button, tap **Effects** and select the effect you would like to favorite.
2. Tap the **Favorites** button at the top of the effects panel.

The effect will now appear in your Favorites. To remove an effect from Favorites, go to the effect and tap the **Favorites** button.

[39]



[40]

---

[39] https://support.tiktok.com/en/using-tiktok/creating-videos/effects
[40] https://www.tiktok.com/creator-academy/en/article/effect-house-overview?search=filter

45.    The Accused Product comprises the claimed social entertainment user interface, configured to: provide an option to apply at least a selected one of the plurality of possible video filters to the recorded live record session to provide a given video effect on the recorded live record session.  For example, the TikTok App can alter the video of a live record session by applying the selectable video filters or other video filter effect.

 

**Filters**

To add a filter to your video:

1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Filters** on the side panel.
3. Select a filter you'd like to use. You can add a filter before and after recording or uploading your video.
4. Adjust the slider above the filters panel to preview different filter strengths.
5. Tap anywhere to return to the camera screen and record with the filter.

Select **Management** from the filters panel to choose which filters you'd like to see appear in the app.

---

[41] https://www.flexclip.com/learn/tiktok-filters.html

## Effects

Effects are used to customize and add details to TikTok videos. Effects can be added before or after you record a video, but some are only available before recording and others are only available after.

For more editing options, go to our article on enhanced editing tools on TikTok .

To record with an effect:
1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Effects** at the bottom of the camera screen.
3. Select an effect to preview. It'll automatically be applied to your screen.
4. Tap anywhere to return to the camera screen and record with the effect.

You can also add effects to your Favorites to find them later.

To add an effect to your Favorites:
1. After tapping the **Add Post +** button, tap **Effects** and select the effect you would like to favorite.
2. Tap the **Favorites** button at the top of the effects panel.

The effect will now appear in your Favorites. To remove an effect from Favorites, go to the effect and tap the **Favorites** button.

42



43

---

[42] https://support.tiktok.com/en/using-tiktok/creating-videos/effects

[43] https://www.tiktok.com/creator-academy/en/article/effect-house-overview?search=filter

46.    The Accused Product comprises the claimed social entertainment user interface, configured to: provide an option to apply at least a selected one of the plurality of possible video filters to the recorded live record session to provide a given video effect on the recorded live record session, wherein the coins are payable to an account associated with one of the plurality of other wireless devices as remuneration for creating their own record session in a respective social entertainment user interface operating on one of the plurality of other wireless devices.  For example, the TikTok Apps. The Gifts feature lets users show appreciation by purchasing coins and sending virtual gifts on eligible videos.  Eligible creators can earn money from user gifts, if they have joined TikTok Gifts and accepted the TikTok Gifts Terms of Service.

**About Video Gifts on TikTok**

Video Gifts are a way your viewers can react and show their appreciation for your content. Turning on Video Gifts is one way you can collect Diamonds for the popularity of your videos on TikTok. [44]

**What are Gifts on TikTok?**

Gifts are virtual items you can send to show your appreciation for your favorite creators on TikTok. You can send Gifts to videos on the For You feed and LIVE videos. [45]

**Video Gifts**

Get ready to feel the love from your viewers with Video Gifts! When you're eligible, you'll receive notifications on your activity page whenever a viewer sends you a gift. It's a fantastic way to get rewarded for all your hard work and engagement. [46]

---

[44] https://support.tiktok.com/en/business-and-creator/video-gifts-on-tiktok/video-gifts-on-tiktok
[45] https://support.tiktok.com/en/live-gifts-wallet/gifts/gifts
[46] https://www.tiktok.com/creator-academy/en/article/monetization-offerings-overview

## How to send a Gift to a video on TikTok

1. In the TikTok app, tap the **Comments** button on a video.
2. Tap the **Gift** button next to **Add comment**. If you don't see Gifts, then the video is ineligible to receive Gifts at this time.
3. Choose the Gift you'd like to send.
4. If you need to purchase more Coins, tap **Recharge** and follow the instructions provided to complete payment.
5. Write a comment and tap **Send**.

[47]

## How Do TikTok Gifts Work?

Sending TikTok gifts is quick and easy — here's how to do it:

1. Open the TikTok app and navigate to your profile. Tap the three lines or dots in the top right to access the Settings menu.

2. Tap "Balance" within the Settings menu.

3. Within the Balance section, tap "Recharge." Browse the different coin bundles available for purchase, which vary in quantity and price.

4. Decide how many TikTok coins you want to purchase and select the appropriate bundle. Complete the purchase through TikTok's payment system.

5. Once you have TikTok coins, you can send gifts to content creators. To do this, open a live video or TikTok post from your chosen creator.

6. Tap the gift icon. This displays a selection of virtual gifts, each costing a set amount of TikTok coins.

7. Select the gift you wish to send and confirm your choice. The appropriate number of TikTok coins will be deducted from your balance.

---

[47] https://support.tiktok.com/en/live-gifts-wallet/gifts/send-a-gift-to-a-tiktok-video



## How Much Are TikTok Gifts Worth?

If you want to monetize your TikTok presence, it's essential to understand the value of TikTok gifts and how they translate into real money. The price range for TikTok gifts is broad, starting as low as 1.4 cents (one TikTok coin) and going up to $400 (20,000 TikTok coins). This flexibility lets fans support TikTok creators to various degrees depending on what they can afford. [48]

47.    The Accused Product comprises the claimed social entertainment user interface, configured to: provide an option to apply at least a selected one of the plurality of possible video filters to the recorded live record session to provide a given video effect on the recorded live record session, wherein the coins may be purchased in bulk using the social entertainment user interface. For example, the TikTok App's "gift coins" allow users to show appreciation by purchasing coins, which may also be bought in bulk.

---

[48] https://www.captions.ai/blog-post/tiktok-gifts-value

**How to purchase Coins on TikTok**

You can purchase or recharge Coins through the App Store or Google Play. You can manage Coins purchase settings directly through the respective app stores or the TikTok website.

Note: Gifts and Coins are currently not available everywhere.

To recharge Coins from your TikTok account:
1. In the TikTok app, tap **Profile** at the bottom.
2. Tap **Settings and privacy**, then tap **Balance**.
3. Tap **Recharge** and choose the Coins package that you'd like to purchase.
4. Follow the instructions provided to complete the purchase through the applicable app store.

To recharge Coins from a TikTok video:
1. In the TikTok app, tap the **Comments** button on a video.
2. Tap the **Gifts** button in the comment bar. If you don't see Gifts, then the creator can't receive Gifts at this time.
3. Tap **Recharge** and choose the Coins package that you'd like to purchase.
4. Follow the instructions provided to complete the purchase through the applicable app store.

The purchase of Coins and sending of Gifts to videos is subject to our Virtual Items Policy.⁴⁹

**Who can buy Coins?**

- Users of our Services who are **aged 18 (or age of majority in your jurisdiction) or older** may purchase virtual "coins" ("**Coins**") from us using authorised payment methods and through payment providers made available and authorized by us.

**Purchasing Coins**

- The price of the Coins will be displayed at the point of purchase. All charges and payments for Coins will be made in the currency specified at the point of purchase through the relevant payment mechanism. Currency exchange settlements, foreign transaction fees and payment channel fees, if any, are based on your agreement with the applicable payment provider.

- You will be responsible for the payment of any Coins purchased by you. Once your purchase has been completed, your user account will be credited with Coins.

- If you wish to make changes to your purchase, please contact us at the email address set out below. We will let you know if this change is possible. Please note that changes may impact price as well as other aspects of your purchase. If you live in the European Union, you have certain rights to withdraw from a purchase under the Consumer Rights Directive and its implementing legislation. However, if you purchase Coins, you acknowledge and agree that we start supplying the Coins to you as soon as the purchase is complete and therefore, your right to cancel or withdraw from the agreement to purchase is lost at this point.⁵⁰

48.    The Accused Product comprises the claimed social entertainment user interface, configured to: provide an option to apply at least a selected one of the plurality of possible video filters to the recorded live record session to provide a given video effect on the recorded live record

---

⁴⁹ https://support.tiktok.com/en/live-gifts-wallet/gifts/gifts
⁵⁰ https://www.tiktok.com/legal/page/row/virtual-items/en

session, wherein immediately upon startup of the social entertainment user interface on the wireless device a record session by one of the plurality of other wireless devices is played. For example, when the TikTok App opens on a wireless device, videos created by other content creators on various devices begin playing automatically.



51

51 https://www.youtube.com/watch?v=aYv3y53jInQ&ab_channel=ZiktheProgrammingGuy

## Navigating TikTok

Finding your way around TikTok is a breeze. Let's take a quick tour:

- **For You Feed** : Your personalized feed delivers videos tailored to your interests. Like what you see? Express your preferences by following accounts or liking posts to make your feed even more unique.

- **Inbox:** Stay in the loop with notifications for likes, comments, follows, direct messages, Duets, and Stitches. Don't worry—if you're not into notifications, you can adjust your settings.

- **Profile:** Your one-stop-shop for everything about you—your profile pic, bio, followers, following, and the videos you've posted.

[52]

## What is For You on TikTok?

For You is a personalized feed of content based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. The more you use TikTok, the more your For You feed will reflect your interests and show you creators and content you're likely to enjoy.

[53]

## How to watch a LIVE on TikTok

To watch a LIVE, open the TikTok app, then tap **LIVE** at the top to view videos from creators who are currently LIVE. You can also watch LIVE videos that appear on your For You and Following feeds, inbox, search results, and other creator's profiles.

[54]

---

[52] https://www.tiktok.com/creator-academy/en/article/TikTok-101?search=personalized+feed
[53] https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you
[54] https://support.tiktok.com/en/live-gifts-wallet/tiktok-live/what-is-tiktok-live



49.    The Accused Product comprises the claimed social entertainment user interface, configured to: provide an option to apply at least a selected one of the plurality of possible video filters to the recorded live record session to provide a given video effect on the recorded live record session, wherein the live record session recorded on the wireless device is provided for play in the arranged sequence with record sessions of any of the plurality of other wireless devices, queued one after another.  For example, users of the TikTok App can record and edit multi-clip videos with audio, effects, and creative tools, sharing these Reels with their followers on Feed. Reels can be captured using either the front or back camera of a wireless device, like an iPhone or Android smartphone, and once shared, these live-recorded videos play sequentially on other wireless devices, displayed one after another.



<sup>55</sup>

When videos automatically play with sound, though, it can be pretty jarring. By default, TikTok videos play with sound from the moment a user opens the app. But it doesn't have to be that way. Users can change their playback settings so that TikTok is muted when the app is opened. To do it, TikTok users just need to go to their profile and tap the menu button at the top right, then head to '*Settings and privacy.*' From there, scroll down to '*Playback*' and users will see the option, '*Open TikTok on mute.*' Just flip that toggle switch to the '*On*' position, and TikTok will open without sound moving forward.

<sup>56</sup>

---

<sup>55</sup> https://www.youtube.com/watch?v=aYv3y53jInQ&ab_channel=ZiktheProgrammingGuy

<sup>56</sup> https://screenrant.com/how-to-open-tiktok-on-mute-play-videos-without-sound/

## Navigating TikTok

Finding your way around TikTok is a breeze. Let's take a quick tour:

- **For You Feed** : Your personalized feed delivers videos tailored to your interests. Like what you see? Express your preferences by following accounts or liking posts to make your feed even more unique.

- **Inbox:** Stay in the loop with notifications for likes, comments, follows, direct messages, Duets, and Stitches. Don't worry—if you're not into notifications, you can adjust your settings.

- **Profile:** Your one-stop-shop for everything about you—your ⓟ profile pic, bio, followers, following, and the videos you've posted.

[57]

## What is For You on TikTok?

For You is a personalized feed of content based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. The more you use TikTok, the more your For You feed will reflect your interests and show you creators and content you're likely to enjoy.

[58]

## How to watch a LIVE on TikTok

To watch a LIVE, open the TikTok app, then tap **LIVE** at the top to view videos from creators who are currently LIVE. You can also watch LIVE videos that appear on your For You and Following feeds, inbox, search results, and other creator's profiles.

[59]

50.    Defendants have and continue to indirectly infringe one or more claims of the '426 Patent by knowingly and intentionally inducing others, including Defendants' customers and end-users of the Accused Product and products that include the Accused Product, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as the TikTok App.

---

[57] https://www.tiktok.com/creator-academy/en/article/TikTok-101?search=personalized+feed
[58] https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you
[59] https://support.tiktok.com/en/live-gifts-wallet/tiktok-live/what-is-tiktok-live

51.     Defendants, with knowledge that these products, or the use thereof, infringe the '426 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '426 Patent by providing these products to customers, end-users, and distributors for use in an infringing manner in the United States including, but not limited to, products that include infringing technology, such as the TikTok App.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the Patent-in-Suits at least as early as the issuance of the Patent-in-Suits.

52.     Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '426 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.  As a result of Defendant's inducement, Defendants' customers and end-users use the Accused Product in a way Defendants intend and directly infringe the '426 Patent.  Defendants perform these affirmative acts with knowledge of the '426 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '426 Patent.

53.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '426 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Product in this District and elsewhere in the United States and causing the Accused Product to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Product, such that the '426 Patent is directly infringed by others.  The accused components within the Accused Product are material to the invention of the '426 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '426 Patent.  Defendants perform these affirmative acts with knowledge of the '426 Patent and with intent, or willful blindness, that they cause the direct infringement of the '426 Patent.

54.    FITE has suffered damages as a result of Defendants' direct and indirect infringement of the '426 Patent in an amount to be proved at trial.

55.    FITE has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '426 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.  Accordingly, FITE seeks a preliminary and permanent injunction enjoining Defendants from making, using, importing, offering to sell, and/or selling the Accused Product, including at least all versions and variants of the TikTok App.

## COUNT III
### (Infringement of the '350 Patent)

56.    Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

57.    FITE has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '350 Patent.

58.    Defendants have and continue to directly infringe the '350 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '350 Patent.  On information and belief, these products include at least the Accused Product.  The Accused Product includes at least all versions and variants of the TikTok App.

59.    For example, Defendants have and continue to directly infringe at least claim 1 of the '350 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a social entertainment device formed by a non-transitory social entertainment computer program downloaded to a wireless device which when executed by the wireless device operates to output social entertainment media for arranged play on a display of the wireless device using at least one video channel defined by a particular hashtag, the social entertainment device being configured to: cause push of a notification to at least one of a plurality of other social entertainment devices to announce pending play of a recording from the social entertainment device; intermittently operate a camera on the social entertainment device to stop-and-start record a live record session for a fixed maximum recorded length of time selectable to have a value of no greater than 65 seconds; transforming an image from the camera of the social entertainment device for display as a selectable video filter; transforming video of the live record session by application of the selectable video filter; associate the recorded live record session for playing in arranged sequence with record sessions of some of the plurality of other social entertainment devices, the recorded live record session having a branded watermark applied thereto; immediately upon startup of the social entertainment computer program on the wireless device a record session by another of the plurality of other social entertainment devices is played

with the branded watermark on the display of the social entertainment device; and record sessions of a sub-plurality of the plurality of other social entertainment devices are played in arranged sequence on the display of the social entertainment device.

60.    The Accused Product comprises the claimed social entertainment device formed by a non-transitory social entertainment computer program downloaded to a wireless device which when executed by the wireless device operates to output social entertainment media for arranged play on a display of the wireless device using at least one video channel defined by a particular hashtag.  For example, the TikTok App contains a non-transitory social entertainment computer program that can be downloaded to a wireless device via a mobile app marketplace, such as the Apple App Store and the Google Play Store.



60 https://support.tiktok.com/en/getting-started/creating-an-account/creating-an-account



The TikTok App provides the social entertainment user interface operated on a wireless device capable of generating short-form mobile video content as social entertainment media for play.

The TikTok App provides the social entertainment user interface operated on a wireless device capable of generating short-form mobile video content as social entertainment media for play that can be played in an arranged sequence in video channels defined by hashtags.

---

61 https://apps.apple.com/us/app/tiktok/id835599320

62 https://play.google.com/store/apps/details?id=com.zhiliaoapp.musically&hl=en
_US&gl=US

63 https://www.tiktok.com/about?lang=en

## Hashtags

To share a hashtag:

1. In the TikTok app, go to the hashtag by tapping the hashtag in the description of a video or enter what you're looking for in the search bar at the top.
2. Tap the **Share** button at the top.
3. Choose how you'd like to share the hashtag.

[64]



[65]

---

[64] https://support.tiktok.com/en/using-tiktok/exploring-videos/sharing
[65] https://www.tiktok.com/discover?lang=en


[66]

61.    The Accused Product comprises the claimed social entertainment device configured to: cause push of a notification to at least one of a plurality of other social entertainment devices to announce pending play of a recording from the social entertainment device.  For example, the TikTok App can cause a push notification to a plurality of its user's devices to announce the pending play of a live recorded video from the user interface of the social media creator's wireless device.

---

[66] https://www.tiktok.com/tag/PetsOfTikTok





On the TikTok App, users can use the user interface to customize push notifications they wish to receive, including to announce a pending play of a recording from the user interface of a social entertainment creator's wireless social media device.



---

[67] Source: testing on TikTok App.

> **How to manage push notifications**
>
> To turn push notifications on or off:
> 1. In the TikTok app, tap **Profile** at the bottom.
> 2. Tap the **Menu** ☰ button at the top.
> 3. Tap **Settings and privacy**.
> 4. Tap **Notifications**.
> 5. Select the notifications you'd like to receive.
>
> Note: You can also change your notifications from your device settings.

[68]

The TikTok App's user interface allows a user to enable receipt of push notifications for TikTok videos "from accounts you follow," and then the TikTok App will notify a user every time a creator causes push of the notification by going live.

> Once the general TikTok notifications are granted and enabled, the actual process of setting up notifications for specific TikTok accounts is fairly easy. Users will need to go to the account they are interested in keeping up to date with and make sure to follow them. Next, in TikTok push notifications settings, enable notifications for '*Videos from accounts you follow.*' To stay up to date with new TikTok Lives, tap on '*LIVE Notification Settings*' and make sure '*Get LIVE notifications from accounts you follow*' has been enabled. The app should now send a notification every time a favorite TikTok content creator has uploaded a new video or starts a live stream.

[69]

62.     The Accused Product comprises the claimed social entertainment device configured to: intermittently operate a camera on the social entertainment device to stop-and-start record a live record session for a fixed maximum recorded length of time selectable to have a value of no greater than 65 seconds. For example, the TikTok App. TikTok provides the user interface for its users to intermittently operate a camera on a wireless social entertainment device to start and stop record a live record session. The record button is pressed once to begin recording, pressed again to pause recording, pressed again to resume recording, until the maximum recording time of 15 seconds or 60 seconds is reached.

---

[68] https://support.tiktok.com/en/using-tiktok/messaging-andnotifications/Notifications

[69] https://screenrant.com/tiktok-enable-android-ios-app-notifications-explained/





The TikTok App provides the user interface for its users to intermittently operate a camera on a wireless social entertainment device to start and stop record a live record session for a fixed

---

[70] Source: testing on TikTok App.

maximum recorded length of time that can be no more than 60 seconds.



71

63.    The Accused Product comprises the claimed social entertainment device configured to: transform an image from the camera of the social entertainment device for display as a selectable video filter.  For example, the social entertainment device running the TikTok App can transform an image from the camera of the social entertainment device for display as a selectable video filter.

---

[71] https://support.tiktok.com/en/using-tiktok/creating-videos/camera-tools



72

Defendants instruct their users on how to utilize the TikTok App on the social entertainment device to transform an image from the camera of the social entertainment device for display as a selectable video filter or other selectable video effect.

**Effects**

Effects are used to customize and add details to TikTok videos. Effects can be added before or after you record a video, but some are only available before recording and others are only available after.

For more editing options, go to our article on enhanced editing tools on TikTok .

To shoot with an effect:
1. Tap **Effects**, located left of the red recording button in the camera screen.
2. View the various categories and tap on an effect.
3. Preview the effects and make a selection.
4. Tap on the recording screen and begin creating your video!

73

---

72 Source: testing on the TikTok App.
73 https://support.tiktok.com/en/using-tiktok/creating-videos/effects

**Filters**

To add a filter to your video:

1. Tap **Filters** located on the right side of the screen.
2. Select a filter you would like to use.

Select **Management** to pick which filters you'd like to see appear in the app.[74]

64.    The Accused Product comprises the claimed social entertainment device configured to: transform video of the live record session by application of the selectable video filter.  For example, the social entertainment device running the TikTok App transforms the video of the live record session by applying the selectable video filter or other video filter effect.



[75]

---

[74] https://support.tiktok.com/en/using-tiktok/creating-videos/effects
[75] Source: testing on the TikTok App.

> **Effects**
>
> Effects are used to customize and add details to TikTok videos. Effects can be added before or after you record a video, but some are only available before recording and others are only available after.
>
> For more editing options, go to our article on enhanced editing tools on TikTok .
>
> To shoot with an effect:
> 1. Tap **Effects**, located left of the red recording button in the camera screen.
> 2. View the various categories and tap on an effect.
> 3. Preview the effects and make a selection.
> 4. Tap on the recording screen and begin creating your video!
>
> [76]

> **Filters**
>
> To add a filter to your video:
>
> 1. Tap **Filters** located on the right side of the screen.
> 2. Select a filter you would like to use.
>
> Select **Management** to pick which filters you'd like to see appear in the app.
>
> [77]

65.     The Accused Product comprises the claimed social entertainment device configured to: associate the recorded live record session for playing in arranged sequence with record sessions of some of the plurality of other social entertainment devices, the recorded live record session having a branded watermark applied thereto.   For example, the TikTok App recorded session is associated for playing in arranged sequence with record sessions of some of the plurality of other social entertainment devices using the TikTok App.

> **What is For You on TikTok?**
>
> For You is a personalized feed of videos based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. We have a wide variety of content and we want to show the most interesting and relevant videos to everyone. The more you use TikTok, the better the For You feed becomes at recommending videos and finding creators that you love.
>
> [78]

---

[76] https://support.tiktok.com/en/using-tiktok/creating-videos/effects
[77] https://support.tiktok.com/en/using-tiktok/creating-videos/effects
[78] https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you

> When videos automatically play with sound, though, it can be pretty jarring. By default, TikTok videos play with sound from the moment a user opens the app. But it doesn't have to [79]

## For You

When you open TikTok, you land in the For You feed. This stream of videos is curated to your interests, making it easy to find videos and creators you love.

The For You feed is not a general one or universal to all users. Everyone has their own, personalized feed, just for them. As you engage with the videos and creators you enjoy, you'll start to see more videos that fit your interests and uncover communities that befit you. [80]

The TikTok App TikTok recording sessions played in an arranged sequence with record sessions of some of the plurality of other social entertainment devices are branded with a plurality of TikTok watermarks.

- Your TikTok video will have the TikTok watermark when you post it on another app or website. Note: We don't share your TikTok password with any third-party apps. Also remember to review the app's terms and conditions and privacy policies before you give them permission to connect to your TikTok account. [81]

---

[79] https://screenrant.com/how-to-open-tiktok-on-mute-play-videos-withoutsound/
[80] https://www.tiktok.com/creators/creator-portal/en-us/getting-started-ontiktok/finding-content-communities-and-creators/
[81] https://support.tiktok.com/en/safety-hc/account-and-user-safety/connect-tothird-party-apps



66.     The Accused Product comprises the claimed social entertainment device configured to: immediately upon startup of the social entertainment computer program on the wireless device record session by another of the plurality of other social entertainment devices is played with the branded watermark on the display of the social entertainment device.  For example, immediately upon opening of the TikTok App, a TikTok record session created by another TikTok App user on another wireless device will begin playing.

---

[82] Source: testing on TikTok App.

> **What is For You on TikTok?**
>
> For You is a personalized feed of videos based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. We have a wide variety of content and we want to show the most interesting and relevant videos to everyone. The more you use TikTok, the better the For You feed becomes at recommending videos and finding creators that you love.

[83]

> When videos automatically play with sound, though, it can be pretty jarring. By default, TikTok videos play with sound from the moment a user opens the app. But it doesn't have to

[84]

> **For You**
>
> When you open TikTok, you land in the For You feed. This stream of videos is curated to your interests, making it easy to find videos and creators you love.
>
> The For You feed is not a general one or universal to all users. Everyone has their own, personalized feed, just for them. As you engage with the videos and creators you enjoy, you'll start to see more videos that fit your interests and uncover communities that befit you.

[85]

TikTok App recording sessions played in an arranged sequence with record sessions of some of the plurality of other social entertainment devices are branded with a plurality of TikTok watermarks.

[83] https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you
[84] https://screenrant.com/how-to-open-tiktok-on-mute-play-videos-withoutsound/
[85] https://www.tiktok.com/creators/creator-portal/en-us/getting-started-ontiktok/finding-content-communities-and-creators/

- Your TikTok video will have the TikTok watermark when you post it on another app or website. Note: We don't share your TikTok password with any third-party apps. Also remember to review the app's terms and conditions and privacy policies before you give them permission to connect to your TikTok account.

[86]



[87]

67.    The Accused Product comprises the claimed social entertainment device configured to: record sessions of a sub-plurality of the plurality of other social entertainment

---

[86] https://support.tiktok.com/en/safety-hc/account-and-user-safety/connect-tothird-party-apps
[87] Source: testing on TikTok App.

devices are played in arranged sequence on the display of the social entertainment device.  For example, immediately upon opening of the TikTok App, a TikTok record session created by another TikTok App user on another wireless device will begin playing.

**What is For You on TikTok?**

For You is a personalized feed of videos based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. We have a wide variety of content and we want to show the most interesting and relevant videos to everyone. The more you use TikTok, the better the For You feed becomes at recommending videos and finding creators that you love. [88]

# For You

When you open TikTok, you land in the For You feed. This stream of videos is curated to your interests, making it easy to find videos and creators you love.

The For You feed is not a general one or universal to all users. Everyone has their own, personalized feed, just for them. As you engage with the videos and creators you enjoy, you'll start to see more videos that fit your interests and uncover communities that befit you. [89]

68.     Defendants have and continue to indirectly infringe one or more claims of the '350 Patent by knowingly and intentionally inducing others, including Defendants' customers and end-users of the Accused Product and products that include the Accused Product, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling,

---

[88] https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you
[89] https://www.tiktok.com/creators/creator-portal/en-us/getting-started-ontiktok/finding-content-communities-and-creators/

and/or importing into the United States products that include infringing technology, such as the TikTok App.

69.    Defendants, with knowledge that these products, or the use thereof, infringe the '350 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '350 Patent by providing these products to customers, end-users, and distributors for use in an infringing manner in the United States including, but not limited to, products that include infringing technology, such as the TikTok App.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the Patent-in-Suits at least as early as the issuance of the Patent-in-Suits.

70.    Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '350 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.  As a result of Defendants' inducement, Defendant's customers and end-users use the Accused Product in a way Defendants intend and directly infringe the '350 Patent.  Defendants perform these affirmative acts with knowledge of the '350 Patent and with the

intent, or willful blindness, that the induced acts directly infringe the '350 Patent.

71.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '350 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Product in this District and elsewhere in the United States and causing the Accused Product to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Product, such that the '350 Patent is directly infringed by others.  The accused components within the Accused Product are material to the invention of the '350 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '350 Patent.  Defendants perform these affirmative acts with knowledge of the '350 Patent and with intent, or willful blindness, that they cause the direct infringement of the '350 Patent.

72.    FITE has suffered damages as a result of Defendants' direct and indirect infringement of the '350 Patent in an amount to be proved at trial.

73.    FITE has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '350 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.  Accordingly, FITE seeks a preliminary and permanent injunction enjoining Defendants from making, using, importing, offering to sell, and/or selling the Accused Product, including at least all versions and variants of the TikTok App.

## COUNT IV
### (Infringement of the '640 Patent)

74.    Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

75.     FITE has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '640 Patent.

76.     Defendants have and continue to directly infringe the '640 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '640 Patent.  On information and belief, these products include at least the Accused Product.  The Accused Product includes at least all versions and variants of the TikTok App.

77.     For example, Defendants have and continue to directly infringe at least claim 1 of the '640 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a social entertainment device formed by a non-transitory social entertainment computer program on a wireless device which when executed by the wireless device operates to output social entertainment media containing a hashtag for inclusion in arranged play related to a search on a display of the wireless device, the social entertainment device being configured to: cause push of a notification to at least one of a plurality of other social entertainment devices to announce a new recording from the social entertainment device; intermittently-recording the new recording on the social entertainment device using a camera of the wireless device, the new recording having a total fixed maximum recorded length of time of no more than one of a plurality of selectable fixed time lengths, the plurality of selectable fixed time lengths each being a multiple of a shorter one of the plurality of selectable fixed time lengths, and at least one of the plurality of possible fixed time lengths being no more than 65 seconds; transforming an image from the camera of the social entertainment device using a selectable video effect for display as an aid in selecting the selectable video effect from among a plurality of possible selectable video

effects; transforming video of the new recording by application of the selectable video effect; associate the new recording for arranged play with recordings of some of the plurality of other social entertainment devices, the new recording having a watermark applied thereto; immediately upon startup of the social entertainment computer program on the wireless device a recording by another of the plurality of other social entertainment devices is played with watermark on the display of the social entertainment device; and recordings of a sub-plurality of the plurality of other social entertainment devices are played on the display of the social entertainment device.

78.    The Accused Product comprises the claimed social entertainment device formed by a non-transitory social entertainment computer program on a wireless device which when executed by the wireless device operates to output social entertainment media containing a hashtag for inclusion in arranged play related to a search on a display of the wireless device.  For example, the TikTok App features a non-transitory social entertainment program that can be downloaded to a wireless device from a mobile app marketplaces like the Apple App Store and Google Play Store. It provides a user interface on a wireless device, allowing users to create and view short-form video content as social entertainment media.  The TikTok App's media is organized in a sequence within video channels categorized by hashtags (e.g., # PetsOfTikTok), offering an engaging experience in social entertainment.



---

# About TikTok

TikTok is the leading destination for short-form mobile video. Our mission is to inspire creativity and bring joy. [92]

How to share a hashtag

To share a hashtag on TikTok:

1. In the TikTok app, tap the hashtag in a post description, or enter the hashtag in the search bar at the top.
2. Tap the **Hashtags** tab below the search bar. You may need to scroll right.
3. Tap the hashtag you want to share, then tap the **Share** button at the top.
4. Choose how you'd like to share the hashtag. [93]

 [94]

---

[92] https://www.tiktok.com/about?lang=en
[93] https://support.tiktok.com/en/using-tiktok/exploring-videos/sharing
[94] https://www.tiktok.com/tag/PetsOfTikTok




95

79.    The Accused Product comprises the claimed social entertainment device configured to: cause push of a notification to at least one of a plurality of other social entertainment devices to announce a new recording from the social entertainment device.  For example, the TikTok App can send push notifications to multiple user devices to announce an upcoming live video from a creator's device.  Users can customize these notifications through the app's interface, choosing to receive alerts for live videos from specific creators they follow.  When enabled, TikTok will notify users each time a followed creator goes live.

---

[95] Source: testing on TikTok App.







The TikTok App allows a user to enable receipt of push notifications for TikTok videos "from accounts you follow," and then the TikTok App will notify a user every time a creator causes push of the notification by going live.

---

[96] https://www.youtube.com/watch?v=aYv3y53jInQ&ab_channel=ZiktheProgrammingGuy

# Notifications

## Jump to a section

How to filter inbox notifications  ·  How to turn push notifications on or off  ·  How to mute push notifications

You'll receive notifications to your inbox when you have new messages, activities, followers, and more. Push notifications are sent to your device when you're not using the TikTok app. These can include notifications of likes, comments, video suggestions, and more.

[97]

Notifications can become annoying when too many are activated at the same time. However, when it comes to the apps that are most frequently accessed, enabling push notifications is a great way to keep up with everything that's happening in the app. What's more, the TikTok apps available on Android and iPhone allow users to customize the notification experience to ensure that users only receive the notifications they care about.

Once the general TikTok notifications are granted and enabled, the actual process of setting up notifications for specific TikTok accounts is fairly easy. Users will need to go to the account they are interested in keeping up to date with and make sure to follow them. Next, in TikTok push notifications settings, enable notifications for *Videos from accounts you follow.* To stay up to date with new TikTok Lives, tap on *'LIVE Notification Settings'* and make sure *'Get LIVE notifications from accounts you follow'* has been enabled. The app should now send a notification every time a favorite TikTok content creator has uploaded a new video or starts a live stream.

[98]

80.     The Accused Product comprises the claimed social entertainment device configured to: intermittently-record the new recording on the social entertainment device using a camera of the wireless device, the new recording having a total fixed maximum recorded length of time of no more than one of a plurality of selectable fixed time lengths, the plurality of selectable fixed time lengths each being a multiple of a shorter one of the plurality of selectable fixed time

---

[97] https://support.tiktok.com/en/using-tiktok/messaging-and-notifications/notifications
[98] https://screenrant.com/tiktok-enable-android-ios-app-notifications-explained/

lengths, and at least one of the plurality of possible fixed time lengths being no more than 65 seconds. For example, the TikTok App offers a user interface that allows users to control a camera on a wireless social entertainment device for recording live sessions with start-and-stop functionality. By pressing the record button once, users can initiate recording, press again to pause, and press once more to resume, continuing this process as needed until they reach a maximum recording duration of 15 or 60 seconds. The recording session is limited to a fixed maximum time that can be no more than 60 seconds, providing a structured and user-friendly experience for creating short video content.





81. The Accused Product comprises the claimed social entertainment device configured to: transform an image from the camera of the social entertainment device using a selectable video effect for display as an aid in selecting the selectable video effect from among a plurality of possible selectable video effects. For example, Defendants instruct TikTok App users

---

[99] https://www.youtube.com/watch?v=oJsyroj6wHE
[100] https://support.tiktok.com/en/using-tiktok/creating-videos/camera-tools

how to utilize the social entertainment device to transform an image from the camera of the social

entertainment device for display as a selectable video filter or other selectable video effect.

 

## Filters

To add a filter to your video:

1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Filters** on the side panel.
3. Select a filter you'd like to use. You can add a filter before and after recording or uploading your video.
4. Adjust the slider above the filters panel to preview different filter strengths.
5. Tap anywhere to return to the camera screen and record with the filter.

Select **Management** from the filters panel to choose which filters you'd like to see appear in the app.

---

[101] https://www.flexclip.com/learn/tiktok-filters.html

## Effects

Effects are used to customize and add details to TikTok videos. Effects can be added before or after you record a video, but some are only available before recording and others are only available after.

For more editing options, go to our article on enhanced editing tools on TikTok .

To record with an effect:
1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Effects** at the bottom of the camera screen.
3. Select an effect to preview. It'll automatically be applied to your screen.
4. Tap anywhere to return to the camera screen and record with the effect.

You can also add effects to your Favorites to find them later.

To add an effect to your Favorites:
1. After tapping the **Add Post +** button, tap **Effects** and select the effect you would like to favorite.
2. Tap the **Favorites** button at the top of the effects panel.

The effect will now appear in your Favorites. To remove an effect from Favorites, go to the effect and tap the **Favorites** button.

[102]



[103]

---

[102] https://support.tiktok.com/en/using-tiktok/creating-videos/effects

[103] https://www.tiktok.com/creator-academy/en/article/effect-house-overview?search=filter

82.    The Accused Product comprises the claimed social entertainment device configured to: transform video of the new recording by application of the selectable video effect. For example, the social entertainment device running the TikTok App transforms the video of the live record session by applying the selectable video filter or other video filter effect.






**Filters**

To add a filter to your video:

1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Filters** on the side panel.
3. Select a filter you'd like to use. You can add a filter before and after recording or uploading your video.
4. Adjust the slider above the filters panel to preview different filter strengths.
5. Tap anywhere to return to the camera screen and record with the filter.

Select **Management** from the filters panel to choose which filters you'd like to see appear in the app.

---

[104] https://www.flexclip.com/learn/tiktok-filters.html

## Effects

Effects are used to customize and add details to TikTok videos. Effects can be added before or after you record a video, but some are only available before recording and others are only available after.

For more editing options, go to our article on enhanced editing tools on TikTok .

To record with an effect:
1. In the TikTok app, tap the **Add Post +** button at the bottom.
2. Tap **Effects** at the bottom of the camera screen.
3. Select an effect to preview. It'll automatically be applied to your screen.
4. Tap anywhere to return to the camera screen and record with the effect.

You can also add effects to your Favorites to find them later.

To add an effect to your Favorites:
1. After tapping the **Add Post +** button, tap **Effects** and select the effect you would like to favorite.
2. Tap the **Favorites** button at the top of the effects panel.

The effect will now appear in your Favorites. To remove an effect from Favorites, go to the effect and tap the **Favorites** button.

[105]



[106]

---

[105] https://support.tiktok.com/en/using-tiktok/creating-videos/effects
[106] https://www.tiktok.com/creator-academy/en/article/effect-house-overview?search=filter

83.    The Accused Product comprises the claimed social entertainment device configured to: associate the new recording for arranged play with recordings of some of the plurality of other social entertainment devices, the new recording having a watermark applied thereto.  For example, on the TikTok App, users can record live videos with audio on TikTok and add a watermark.  These videos can then be shared with the watermark to play in sequence, one after the other, on various wireless devices, such as iPhones or Android smartphones.



---

[107] https://www.youtube.com/watch?v=aYv3y53jInQ&ab_channel=ZiktheProgrammingGuy

When videos automatically play with sound, though, it can be pretty jarring. By default, TikTok videos play with sound from the moment a user opens the app. But it doesn't have to be that way. Users can change their playback settings so that TikTok is muted when the app is opened. To do it, TikTok users just need to go to their profile and tap the menu button at the top right, then head to '*Settings and privacy*.' From there, scroll down to '*Playback*' and users will see the option, '*Open TikTok on mute*.' Just flip that toggle switch to the '*On*' position, and TikTok will open without sound moving forward.

108

## Navigating TikTok

Finding your way around TikTok is a breeze. Let's take a quick tour:

- **For You Feed** : Your personalized feed delivers videos tailored to your interests. Like what you see? Express your preferences by following accounts or liking posts to make your feed even more unique.

- **Inbox:** Stay in the loop with notifications for likes, comments, follows, direct messages, Duets, and Stitches. Don't worry—if you're not into notifications, you can adjust your settings.

- **Profile:** Your one-stop-shop for everything about you—your profile pic, bio, followers, following, and the videos you've posted.

109

## What is For You on TikTok?

For You is a personalized feed of content based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. The more you use TikTok, the more your For You feed will reflect your interests and show you creators and content you're likely to enjoy.

110

## How to watch a LIVE on TikTok

To watch a LIVE, open the TikTok app, then tap **LIVE** at the top to view videos from creators who are currently LIVE. You can also watch LIVE videos that appear on your For You and Following feeds, inbox, search results, and other creator's profiles.

111

---

108 https://screenrant.com/how-to-open-tiktok-on-mute-play-videos-without-sound/
109 https://www.tiktok.com/creator-academy/en/article/TikTok-101?search=personalized+feed
110 https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you
111 https://support.tiktok.com/en/live-gifts-wallet/tiktok-live/what-is-tiktok-live

Some apps may also ask if you'd like to give access to your public TikTok videos. This means third-party apps can view your public TikTok videos and can allow you to post your videos on their app or website. A few things to know:

- You don't have to give access to your public videos to connect to a third-party app.
- You can opt out of sharing your videos when you're signing up with the app. You can also remove the app's access in your TikTok account's security settings.
- Your TikTok video will have the TikTok watermark when you post it on another app or website.



112

84.     The Accused Product comprises the claimed social entertainment device configured to: immediately upon startup of the social entertainment computer program on the

_____

112 Source: testing on TikTok App.

wireless device a recording by another of the plurality of other social entertainment devices is played with watermark on the display of the social entertainment device. For example, upon opening the TikTok App, videos from other content creators on different devices will automatically play, each displaying its respective watermark.



113

When videos automatically play with sound, though, it can be pretty jarring. By default, TikTok videos play with sound from the moment a user opens the app. But it doesn't have to be that way. Users can change their playback settings so that TikTok is muted when the app is opened. To do it, TikTok users just need to go to their profile and tap the menu button at the top right, then head to '*Settings and privacy.*' From there, scroll down to '*Playback*' and users will see the option, '*Open TikTok on mute.*' Just flip that toggle switch to the '*On*' position, and TikTok will open without sound moving forward.

114

---

113 https://www.youtube.com/watch?v=aYv3y53jInQ&ab_channel=ZiktheProgrammingGuy
114 https://screenrant.com/how-to-open-tiktok-on-mute-play-videos-without-sound/

## Navigating TikTok

Finding your way around TikTok is a breeze. Let's take a quick tour:

- 🅟 **For You Feed** : Your personalized feed delivers videos tailored to your interests. Like what you see? Express your preferences by following accounts or liking posts to make your feed even more unique.
- **Inbox:** Stay in the loop with notifications for likes, comments, follows, direct messages, Duets, and Stitches. Don't worry—if you're not into notifications, you can adjust your settings.
- **Profile:** Your one-stop-shop for everything about you—your 🅟 profile pic, bio, followers, following, and the videos you've posted.

[115]

## What is For You on TikTok?

For You is a personalized feed of content based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. The more you use TikTok, the more your For You feed will reflect your interests and show you creators and content you're likely to enjoy.

[116]

## How to watch a LIVE on TikTok

To watch a LIVE, open the TikTok app, then tap **LIVE** at the top to view videos from creators who are currently LIVE. You can also watch LIVE videos that appear on your For You and Following feeds, inbox, search results, and other creator's profiles.

[117]

Some apps may also ask if you'd like to give access to your public TikTok videos. This means third-party apps can view your public TikTok videos and can allow you to post your videos on their app or website. A few things to know:

- You don't have to give access to your public videos to connect to a third-party app.
- You can opt out of sharing your videos when you're signing up with the app. You can also remove the app's access in your TikTok account's security settings.
- Your TikTok video will have the TikTok watermark when you post it on another app or website.

---

[115] https://www.tiktok.com/creator-academy/en/article/TikTok-101?search=personalized+feed
[116] https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you
[117] https://support.tiktok.com/en/live-gifts-wallet/tiktok-live/what-is-tiktok-live



118

85.    The Accused Product comprises the claimed social entertainment device configured to: record a sub-plurality of the plurality of other social entertainment devices are played on the display of the social entertainment device.  For example, on the TikTok App, users can record and edit multi-clip videos with audio, effects, and creative tools, sharing these Reels with their followers on Feed.  Reels can be captured using either the front or back camera of a wireless device, like an iPhone or Android smartphone, and once shared, these live-recorded videos play sequentially on other wireless devices, displayed one after another.

---

[118] Source: testing on TikTok App.



119

## Navigating TikTok

Finding your way around TikTok is a breeze. Let's take a quick tour:

- **For You Feed** : Your personalized feed delivers videos tailored to your interests. Like what you see? Express your preferences by following accounts or liking posts to make your feed even more unique.

- **Inbox**: Stay in the loop with notifications for likes, comments, follows, direct messages, Duets, and Stitches. Don't worry—if you're not into notifications, you can adjust your settings.

- **Profile**: Your one-stop-shop for everything about you—your profile pic, bio, followers, following, and the videos you've posted.

120

---

### What is For You on TikTok?

For You is a personalized feed of content based on your interests and engagement. The For You feed is the first feed you'll see when you open TikTok. The more you use TikTok, the more your For You feed will reflect your interests and show you creators and content you're likely to enjoy.

[121]

### How to watch a LIVE on TikTok

To watch a LIVE, open the TikTok app, then tap **LIVE** at the top to view videos from creators who are currently LIVE. You can also watch LIVE videos that appear on your For You and Following feeds, inbox, search results, and other creator's profiles.

[122]

86.    Defendants have and continue to indirectly infringe one or more claims of the '640 Patent by knowingly and intentionally inducing others, including Defendants' customers and end-users of the Accused Product and products that include the Accused Product, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as the TikTok App.

87.    Defendants, with knowledge that these products, or the use thereof, infringe the '640 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '640 Patent by providing these products to customers, end-users, and distributors for use in an infringing manner in the United States including, but not limited to, products that include infringing technology, such as the TikTok App.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry,

---

[121] https://support.tiktok.com/en/using-tiktok/exploring-videos/for-you
[122] https://support.tiktok.com/en/live-gifts-wallet/tiktok-live/what-is-tiktok-live

with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the Patent-in-Suits at least as early as the issuance of the Patent-in-Suits.

88.     Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '640 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.  As a result of Defendants' inducement, Defendants' customers and end-users use the Accused Product in a way Defendants intend and directly infringe the '640 Patent.  Defendants perform these affirmative acts with knowledge of the '640 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '640 Patent.

89.     Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '640 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Product in this District and elsewhere in the United States and causing the Accused Product to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Product, such that the '640 Patent is directly infringed by others.  The accused components within the Accused Product are material to the invention of the '640 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially

made or adapted for use in the infringement of the '640 Patent. Defendants perform these affirmative acts with knowledge of the '640 Patent and with intent, or willful blindness, that they cause the direct infringement of the '640 Patent.

90. FITE has suffered damages as a result of Defendants' direct and indirect infringement of the '640 Patent in an amount to be proved at trial.

91. FITE has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '640 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court. Accordingly, FITE seeks a preliminary and permanent injunction enjoining Defendants from making, using, importing, offering to sell, and/or selling the Accused Product, including at least all versions and variants of the TikTok App.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, FITE prays for relief against Defendants as follows:

a. Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c. An order awarding damages sufficient to compensate FITE for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d.      Entry of judgment declaring that this case is exceptional and awarding FITE its

costs and reasonable attorney fees under 35 U.S.C. § 285; and

e.      Such other and further relief as the Court deems just and proper.

Dated:  April 14, 2025                                    Respectfully submitted,

                                                         */s/ Vincent J. Rubino, III*
                                                         Alfred R. Fabricant
                                                         NY Bar No. 2219392
                                                         Email: ffabricant@fabricantllp.com
                                                         Peter Lambrianakos
                                                         NY Bar No. 2894392
                                                         Email: plambrianakos@fabricantllp.com
                                                         Vincent J. Rubino, III
                                                         NY Bar No. 4557435
                                                         Email: vrubino@fabricantllp.com
                                                         **FABRICANT LLP**
                                                         411 Theodore Fremd Avenue,
                                                         Suite 206 South
                                                         Rye, New York 10580
                                                         Telephone: (212) 257-5797
                                                         Facsimile: (212) 257-5796

                                                         ***ATTORNEYS FOR PLAINTIFF,***
                                                         ***FITE TECHNOLOGIES LLC***